# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JEFFREY BOICE,<br><br>    Plaintiff,<br><br>vs.<br><br>ALLSTATE PROPERTY AND CASUALTY INSURANCE COMPANY,<br><br>    Defendant. | NO. C18-378 RSM<br><br>STIPULATION AND ORDER FOR DISMISSAL |

Pursuant to F.R.C.P. 41(a)(1) and LR 10(g), the parties stipulate that this lawsuit shall be dismissed with prejudice and without fees or costs awarded to either party.

DATED this 6th day of February 2019.

    By *s/ Michael Rogers*
    Michael S. Rogers, WSBA 16423
    Reed McClure
    Attorneys for Defendant Allstate
    1215 Fourth Avenue, Suite 1700
    Seattle WA 98161-1087
    206.292.4900 – Phone
    206.223.0152 – Fax
    mrogers@rmlaw.com

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

| | |
|---|---|
| | By *s/Riley D. Lee*<br>Riley D. Lee, WSBA 20825<br>Attorneys for Plaintiff<br>3325 Smokey Point Drive, Suite 103<br>Arlington, WA 98223<br>(360) 658-7575 – Phone |

IT IS SO ORDERED this 8th day of February 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR DISMISSAL – 2

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152